| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

JUAN JOSE ZUNIGA-HERNANDEZ, §
§
    Petitioner, §
§
versus §   CIVIL ACTION NO. 1:11-CV-295
§
RUDY CHILDRESS, §
§
    Respondent. §

**MEMORANDUM ORDER OVERRULING PETITIONER'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Petitioner Juan Jose Zuniga-Hernandez, a prisoner confined at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se,* filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends dismissing the petition.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Petitioner filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes the objections are without merit. Petitioner may not pursue habeas relief under § 2241 because his claims do not meet the requirements set forth in *Reyes-Requena v. United States*, 243 F.3d

893, 904 (5th Cir. 2001). To the extent that petitioner argues he is entitled to relief from judgment pursuant to Federal Rule of Civil Procedure 60(b), that motion should be directed to the court that ruled on his motion to vacate, set aside or correct sentence.

### ORDER

Accordingly, petitioner's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 14th day of December, 2011.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE